Florence KORMAN, Petitioner,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.

No. 229, Docket 27262.

United States Court of Appeals
Second Circuit.

Argued Feb. 14, 1962.

Decided Feb. 14, 1962.

Richard B. Dannenberg, of Lipper, Shinn & Keeley, New York City (Aaron Lipper, of Lipper, Shinn & Keeley, New York City, on the brief), for petitioner.

Earl J. Silbert, Atty., Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson and Meyer Rothwacks, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before CLARK, SMITH and HAYS, Circuit Judges.

PER CURIAM.

Affirmed in open court on the opinion of Judge Raum, 36 T.C. 654.

Arthur SANDIFER, Appellant,

v.

ROADWAY EXPRESS, INC.

No. 16797.

United States Court of Appeals
Eighth Circuit.

Jan. 8, 1962.

Arthur Sandifer, pro se.

William C. Cockrill, Springfield, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on stipulation of parties.

Ralph DE FONCE, Gene Noon and Eileen Gould d.b.a. J & R Realty Co.,
Appellants,

v.

FIREMAN'S FUND INSURANCE COM-
PANY, Appellee.

No. 235, Docket 27171.

United States Court of Appeals
Second Circuit.

Argued Feb. 14, 1962.

Decided Feb. 14, 1962.

Richard H. Simons, Milford, Conn., for appellants.

John H. Weir, of Thompson, Weir & Barclay, New Haven, Conn. (William M. Mack, New Haven, Conn., on the brief), for appellee.

Before CLARK, SMITH and HAYS, Circuit Judges.

PER CURIAM.

Affirmed in open court.